No. 03–6555. IN RE DANIELS;

No. 03–6563. IN RE TAYLOR;

No. 03–6570. IN RE ANTOINE; and

No. 03–6616. IN RE HAYES. Petitions for writs of habeas corpus denied.

No. 03–173. IN RE TOTO; and

No. 03–5969. IN RE DARBY. Petitions for writs of mandamus denied.

No. 02–1632. BLAKELY *v.* WASHINGTON. Ct. App. Wash. Certiorari granted.

No. 03–5554. HIIBEL *v.* SIXTH JUDICIAL DISTRICT COURT OF NEVADA, HUMBOLDT COUNTY, ET AL. Sup. Ct. Nev. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 02–1568. WATSON *v.* PARKER. C. A. 10th Cir. Certiorari denied.

No. 02–1822. ANDERSEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11281. WASHINGTON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–89. SHEFFIELD ET AL. *v.* ACEVES ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–176. COOPER ET AL. *v.* BOYCE ET AL. Ct. App. N. C. Certiorari denied.

No. 03–220. MAY *v.* GMC MANSFIELD METAL FABRICATING ET AL. C. A. 6th Cir. Certiorari denied.